EDP:JBD/LM
F. #2023R00189

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
\*   JUNE 20, 2024   \*
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X

UNITED STATES OF AMERICA

- against -

AASIM BOONE,
JARRETT BRUCE,
    also known as "Inf," "Infinite"
    and "Infamous,"
GREGORY BRUCE and
LESLY VALENTIN,

            Defendants.

------------------------------X

S U P E R S E D I N G
I N D I C T M E N T

Cr. No. 23-292 (S-2) (RPK) (SJB)
(T. 18, U.S.C., §§ 875(b), 981(a)(1)(C),
1201(c), 1512(b)(1), 1512(b)(2)(A),
1512(c)(2), 2 and 3551 et seq.; T. 21,
U.S.C., § 853(p); T. 28, U.S.C.,
§ 2461(c))

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Kidnapping Conspiracy)

        1.    In or about December 2022, within the Eastern District of New York and elsewhere, the defendants AASIM BOONE, JARRETT BRUCE, also known as "Inf," "Infinite" and "Infamous," and LESLY VALENTIN, together with others, did knowingly and intentionally conspire to seize, confine, inveigle, kidnap, abduct and carry away and hold, for ransom and reward and otherwise, a person, to wit: John Doe 1, an individual whose identity is known to the Grand Jury, and use one or more means, facilities and instrumentalities of interstate and foreign commerce, to wit: cellular telephones and the internet, in committing and in furtherance of the commission of the offense.

        2.    In furtherance of the conspiracy and to effect its objects, within the Eastern District of New York and elsewhere, the defendants AASIM BOONE, JARRETT

BRUCE, also known as "Inf," "Infinite" and "Infamous," and LESLY VALENTIN, together with others, did commit and cause the commission of, among others, the following:

## OVERT ACTS

(a) On or about December 9, 2022, the defendants AASIM BOONE, JARRETT BRUCE, also known as "Inf," "Infinite" and "Infamous," and LESLY VALENTIN, together with others, communicated with one another regarding the kidnapping and assault of John Doe 1.

(b) On or about December 9, 2022, the defendant AASIM BOONE, together with others, drove to the vicinity of 27th Street and 21st Avenue in Queens, New York.

(c) On or about December 9, 2022, the defendant JARRETT BRUCE, also known as "Inf," "Infinite" and "Infamous," drove to the vicinity of 27th Street and 21st Avenue in Queens, New York.

(d) On or about December 9, 2022, the defendant LESLY VALENTIN drove to the vicinity of 27th Street and 21st Avenue in Queens, New York.

(e) On or about December 9, 2022, the defendant AASIM BOONE, together with others, assaulted John Doe 1 in Queens, New York.

(f) On or about December 9, 2022, the defendant AASIM BOONE, together with others, abducted John Doe 1 in the vicinity of 27th Street and 21st Avenue in Queens, New York by forcing John Doe 1 into a Chrysler Pacifica minivan (the "Chrysler Pacifica") and driving John Doe 1 from Queens, New York to New Jersey.

(g) On or about December 9, 2022, the defendant AASIM BOONE, together with others, assaulted John Doe 1 again in New Jersey.

(h) On or about December 9, 2022, the defendant AASIM BOONE, together with others, threatened to harm John Doe 1 while John Doe 1 was inside the Chrysler Pacifica.

(i) On or about December 10, 2022, the defendants AASIM BOONE, JARRETT BRUCE, also known as "Inf," "Infinite" and "Infamous," and LESLY VALENTIN, together with others, communicated with one another using cellular telephones regarding the kidnapping and assault of John Doe 1.

(j) On or about December 12, 2022, the defendant LESLY VALENTIN, together with others, sent one or more text messages threatening to harm John Doe 1 and one or more of John Doe 1's friends and family members if John Doe 1 did not pay VALENTIN money and one or more things of value that John Doe 1 had agreed to pay to secure his release.

(Title 18, United States Code, Sections 1201(c) and 3551 et seq.)

COUNT TWO
(Transmission of Interstate Communications with Intent to Extort)

3. On or about December 12, 2022, within the Eastern District of New York and elsewhere, the defendant LESLY VALENTIN, together with others, did knowingly and with intent to extort from John Doe 1, an individual whose identity is known to the Grand Jury, money and one or more things of value, transmit in interstate commerce one or more communications containing one or more threats to kidnap and injure the person of another, to wit: one or more text messages threatening kidnapping of and injury to John Doe 1 and one or more of John Doe 1's friends and family members.

(Title 18, United States Code, Sections 875(b), 2 and 3551 et seq.)

## COUNT THREE
(Witness Tampering and Obstruction of Justice)

4. In or about and between January 2024 and February 2024, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants JARRETT BRUCE, also known as "Inf," "Infinite" and "Infamous," and GREGORY BRUCE, together with others, did knowingly and intentionally (1) use intimidation, threaten, corruptly persuade and attempt to do so, and engage in misleading conduct toward another person, to wit: John Doe 2, an individual whose identity is known to the Grand Jury, with intent to (a) influence, delay and prevent the testimony of John Doe 2 in an official proceeding, to wit: a federal criminal proceeding in the Eastern District of New York; and (b) cause and induce John Doe 2 to withhold testimony from said official proceeding; and (2) corruptly obstruct, influence and impede said official proceeding and attempt to do so.

(Title 18, United States Code, Sections 1512(b)(1), 1512(b)(2)(A), 1512(c)(2), 2 and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

5. The United States hereby gives notice to the defendants charged in Counts One through Three that, upon their conviction of any such offenses, the government will seek forfeiture in accordance with Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), which require any person convicted of such offenses to forfeit any property, real or personal, constituting, or derived from, proceeds obtained directly or indirectly as a result of such offenses.

6. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 981(a)(1)(C); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

A TRUE BILL

/s/
FOREPERSON

By *Carolyn Pokorny, Assistant US Attorney*

BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK